# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | No. 2:25-cr-227-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Giann Icob Salazar Del Real, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 292(b), Chief Judge Mary Murguia of the Ninth Circuit Court of Appeals has designated the undersigned judge to hear cases in the District of Nevada. A copy of Chief Judge Murguia's order is attached. The purpose of this designation is for the undersigned to hear the motions to dismiss regarding the current Acting United States Attorney for the District of Nevada pending in the following cases, and similar motions in other cases:

- United States v. Shamar Tyrell Garcia, 25-cr-230-RFB-BNW
- United States v. Devonte Devon Jackson, 25-cr-240-GMN-BNW
- United States v. Giann Icob Salazar Del Real, 25-cr-227-JAD-BNW

The Court will hold a status conference in these three cases on Thursday, **September 4, 2025, at 3:00 p.m.** The status conference will be held in courtroom 4B of

1

the Lloyd D. George Courthouse. The undersigned judge will participate in the status conference by zoom from his courtroom in Phoenix, Arizona.

The purpose of the status conference will be to confirm a briefing schedule for the motions to dismiss. The undersigned intends to resolve these motions before the end of September, and therefore will schedule oral argument during the week of September 22, 2025. The briefing schedule established in the Nevada Local Rules will meet this schedule, and any adjustments to the schedule will be set with the oral argument week in mind. The parties should confer in advance of the status conference to agree on a briefing schedule and any other details related to the motions.

The status conference will not address the merits of the motions or the pending cases. The presence of Defendants therefore will not be required (*see* Fed. R. Crim. Proc. 43(b)(3)), although they certainly are welcome to attend. If Defense Counsel want their clients transported, they shall promptly notify Melissa Johansen at Melissa_Johansen@nvd.uscourts.gov.

Dated this 2nd day of September, 2025.

David G. Campbell
Senior United States District Judge