IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Giann Icob Salazar Del Real,<br><br>        Defendant. | No. CR-25-00227-DGC-BNW-1<br><br>**ORDER**<br><br>(First Request) |

     IT IS ORDERED granting the Stipulation to Continue Motion Deadlines and Trial Dates. Doc. 30.

     IT IS FURTHER ORDERED that the parties herein shall have to and including December 2, 2025, to file any and all pretrial motions and notice of defense.

     IT IS FURTHER ORDERED that the parties shall have to and including December 16, 2025, to file any and all responses.

     IT IS FURTHER ORDERED that the parties shall have to and including December 23, 2025, to file any and all replies.

     IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by noon on January 12, 2026.

1
2
3
4
5

IT IS FURTHER ORDERED that the calendar call currently scheduled for September 22, 2025, at the hour of 1:30 p.m., be vacated and continued to January 12, 2026, at the hour of 1:30 p.m.; and the trial currently scheduled for October 7, 2025, at the hour of 9:00 a.m., be vacated and continued to January 27, 2026, at the hour of 9:00 a.m.

6

Dated this 5th day of September, 2025.

7
8
9
10

David G. Campbell
Senior United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28